

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-16-00273-CR |
| Appellant, | § | Appeal from |
| v. | § | 83rd District Court |
| JULIAN ANDREW LUNA, | § | of Pecos County, Texas |
| Appellee. | § | (TC # P-3208-83-CR) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order of the trial court and remand the cause for further proceedings, in accordance with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2019.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
Palafox, J. (Dissenting)